IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL RYAN STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv424-ID |
| ) | (WO) |
| MONTGOMERY CITY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 18, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 5.)  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1)   Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2)   the plaintiff's claims against the Montgomery City Jail, the United States Marshals Service and the United States Marshal be and the same are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i-ii); and

(3)   this case, with respect to the remaining defendant, is hereby REFERRED back to the magistrate judge for further proceedings.

DONE this 8th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE