IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DANIEL RYAN STRICKLAND | * | |
|    Plaintiff, | * | |
|    v. | * | 2:07-CV-424-ID |
| | | (WO) |
| WARDEN WILLIE COLLINS, *et al*., | * | |
|    Defendants. | * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on May 15, 2007. On May 17, 2007 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 4.) On June 13, 2007 Plaintiff's copy of an order entered June 8, 2007 was returned to the court marked "Return to Sender, Not at this Address" because Plaintiff was no longer at the address he had provided to the court. Consequently, an order was entered on June 13, 2007 directing Plaintiff to provide the court with his present address on or before June 22, 2007. (Doc. No. 8.) Plaintiff was cautioned that his failure to comply with the court's June 13 order would result in a Recommendation that this case be dismissed. (*Id.*)

On June 18, 2007, the envelope containing Plaintiff's copy of the court's June 13, 2007 order was returned to the court marked as undeliverable. As it appears clear that Plaintiff is no longer residing at the address he provided to the court when he filed the instant

complaint and that he has not provided this court with a new address, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

The Clerk is DIRECTED to furnish a copy of this Recommendation to Defendants.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **July 10, 2007**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

    Done this 27th day of June, 2007.

                                        /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE