IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL RYAN STRICKLAND, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv424-ID |
| | ) [WO] |
| WARDEN WILLIE COLLINS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On June 27, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and the same is hereby ADOPTED and that this case be and the same is hereby DISMISSED without prejudice for Plaintiff's failure to prosecute this action properly and comply with the orders of this court.

An appropriate judgment will be entered.

Done this 12th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE